*PS Clerk Please return me a Stamped Copy*
To: 520 N. Falkenburg Rd. Tampa, Florida 33619
Hillsborough County Detention Center

# In The United States District Court
## For The District Of Tampa Florida
### South Tampa Division

8:23 cv 8 TPB-JSS

## Petition For A Investigation

1.) Ronald Eugene Johnson 6-28-1965
    Ronald Gene Johnson 6-23-1965

2.) Catherine Marrioth Kirshner 7-31-1975
    (2) Petitioner

**Our Address**
7529 Gulf Breeze Circle, Hudson Florida 34667

VS.
Respondance Below

Ybor Post Office → 2000 E. 12 Avenue Tampa, Florida

1. Chief Justice Department of the State Of Florida
2. State Of Florida   3) Federal Bureau Of Investigation
3. United State Army Base Of Tampa Florida Dale Mabry Hw.
4. United State Air Force Base on Dale Mabry Highway
5. City Of Tampa Florida (South Tampa) 6. Health And Human Services. 6) All State And Federal Authorities
Lastly the "United **Whole** States Of America"

## Petition For A Investigation

Into ① Human Trafficking ② Rapes ③ Stolen Identifications ④ Robberys ⑤ Prostitution ⑥ Slavery ⑦ Pornography ⑧ Death Threats

Sign Ronald Johnson

## Oath and Affidavid/Sworn Statement

I declare under penalty of perjury that all of the above and below and all statements are true and Correct Sworn and Declared December 27, 2022

N.P.
Signed Ronald Johnson

② Statement of The Fact And Facts of The Case

I Ronald Johnson came to South Tampa Florida In April 2022. I met Catherine Murrieth Kirschner 7-31-1975 I worked for Bel Mar Saloon on Manhattan Ave South Tampa Florida. Catherine was at the area alone sweaty and Hungry. I gave her my food from work. I move her to my Tent She begin living with me from that day forward

Note
I the Day time the Showdow look like rain drops Clear almost unseeable a Knight the look like Clear Showdows New Government equipment

Love And Togetherness Begin Instant

Then ex-Lovers and Ex-friend Hunted us down Noone knew where I live. Then they found my tent They raped her every day or so I left for work. They band us from every Store They stole or took my Phones, Identification Tablet regularly They had lights And taser She would leave and go to them Naked daily while I was their. I could see their tracks and Shadows But could not see but shadow. Time when she when out to use the bathroom as She came back in Naked I saw shadows fucking her from the back. She Explain threw time she's been gage rape for years. It got so bad they would rape her in my tent with me their all I could see was shadows. I could see the movement of having sex and her her. and see her sweat. It was unexplainable. She has been rape around me for 8-or so (mths). I could only see the men when the was leaving about ½ block away. This month December. It was plainly explain. These are men from the Navy, Army Airfate with Special equipment. They can disappear and reappear at will. These Army Navy equipment allow men to penitrate her

with her clothing on. But I Later found they have Cambra and lights that make her appear to be next to me but she be in bathroom, outhouse toilet and behind trees. Coming sexual acts. We are followed daily by Flying Drome with lights that blind us and show us thing and people who are Not there. This month December 21, 2022 in CVS store on Gandy Blvd (South Tampa) and other store up Manhattan Blvd I watch as Clear people or Intities coming out people have sex with her while I held her in my hand. Then I realize there is 5 look alikes 1 short with feet size 4 or 5 2nd 1 with bust head 4 foot tall bust ribs on left side 3rd one same size a black left size 4th one with 2 toes longer than her big toes. They got these look alike to show me what im up against. You get one Flash The Drone show which way to go. The go City Cars that Direct and block street. The store what allow prostotution is CVS. Walmart has people one call watch the Cambra all month they know she Coming before she Comes. Their many or all Stores know when she is coming. They direct her out she Cont buy food. and is Not allowed to where shoes or pantys. They have lazer that shoots her when she refuses or dont do in the Direction of the prostitution request areas. She is only aloud to piss on the ground. There is people who has guns who walk on the Top of Gandy Blvd up top. They shot her often I keep hearing and seeing on highway some been caught I heard

Skream. She get fucked in her ass as rape daily. She crys to me. She shows me her pussy It's never closed. The car wash and water behind Public Storage is filled with her underwear and clothing. Check Gandy Blvd Car wash. She make her own underwear because she has to dispose of them after each rape session. I get sex only once a week or so now. The Put on Big Red light when she appears a CVS. The Gandy Blvd Light go on and off at the will of the Criminals Human Trafficers. They have Sever look alike. One just gave me Clemendia Gongarea Siffilis and (probly aids) I found out after she gave me sex she was not Catherine because Catherine is not that small to get on top of me that easy. That got Colberg that can fool almost anyone

They took Catherine baby she say she just had. Check in the Car wash behind Windy's Catherine leaves evidence behind always did since I met her. She told me other look alike would come.

## Important Fact To Know And Consider

Ther reason im not dead is they have already stole my Identity. And They have look alikes just like me. Why im not dead

## Notice

I got (4) 1 Million Dollars Lawsuit pending a 5 Million Dollars Lawsuit and a 10 Million Dollar lawsuit. I am winning them all. I Authorities and Agencies as Pasco County Detention Center see: Ronald Johnson vs Sheriff Chris Nocco see: Ronald Johnson vs Pasco County Jail. Others are against officers who false arrest me for assault with No statement of a Victim Nor of anyone who saw a victim. Sheriff Chris Nocco and his staff ass already lost their Jobs and Contracts My Lawsuit are already won. After the get a look alike and proper I.D. then im a Dead man. So I make my Stand Now. Catherine has not had a I.D. or Birth Certificate in 14-year She don't know who her real dad is Nor her real Mother. She got 5$ a day from some lady. I support her every need. Never sleen her but with 20$ in 8 months it was to get permission to be in CVS store. The Manager is part of her prostitution ring all the Manager of 7'11 and Supervisor are all the same payed to Not let her buy. They took hey child he Identity made her a prostitute They also has her so called mother under Same control

Investigate Activity At Laundramat on Gandy BlVD
Check Cambra For Months

You can watch her get rape with clothing on. The Arm Navy Airforce has equipment that can allow men to sit talk appear to be moving Yet rape her at the same time. The got Drone that can make a man turn to a woman. They got tazers that is equiped put in cars that can shot the leg and cripple or make you fall the got me several time. I could not explain it Nor Now where it come from. But on December 22, 2022 and December 21, 2022. View View a Cambra of Walmart, CVS 7/11 Store Accross From 7/11 on Gandy BlVD and the Store on Manhattan Ave You will see People Face Changing look at the Receptionest of the store all manage 2 are simimilar or the same. Look at the Cashaer She paid mony But got recept of Credit payments. Check CVS the told me all 287 278 to watch it. These people Fucking her standing up with her clothing on in all Stores. Look at her face and her clothing moving She bar out all stores. Check the back of CVS the walkway. The Manager is Fuck and getting his

③

dick sucked by her also. There is Cambras every where are Gandy BLVD Look accross the street on December 21, 22 and the gas station on Manhattan Ave Not far from Gandy BLVD and Check the store Cambra and all the Cambra with the tables. Notice me and Nothice the Catharine look alike alike. As she tell me the people coming and leaving out the store who Fuck Cathrine while she was in the See what they brought and how much time the Sent in the store I heard the dog was Fuck and sucksed. that was with the lady. She told me she was doing it. But I believe Catharine was in there Not her. But she let me see and feel the sex going on as she stund by me. Look at her pants when we left there was two invisible men holding both Size of her pant.

Further More Proof

View Donkin Donuts Look at her Face She Fucked 5 men sitting at the table I was told to sit and watch the shit happen

went into the bathroom to finish the jobs. View Cambras December 2~~0~~ 21 and December 22, 2022.

## Notice

These things was Done at ~~Night~~ Day time Now they can leave there body fuck her in front of everyone in the day. Check her D.N.A. Check the Car wash 1st one behind Windy's Check the Cart I am arrest for stealing 12 faucet that at a Cart filled with evidence of 20 30 rape of her, ripped tags with off back of her shirt with metal where she could be shot by taser tazers. Look at Cambras around the Pawn Shop. She get shot everytime She crosses the grass. She get fuck everytime she pisses Make check the Storage Cambra behind Wendy's. These people can get out cars without opening door. I can see what look Like walking water. They touch her and me Sometime to get her to come to them I cry everyday. There's many others. But they all believe I the one to tell and explain it. Because I'd rather die then live know How much I love her and others Plus im probly dead soon any~~way~~

Note: ⑨ Catherine Kirschner and her look alike have been Slave Traffic Human prostitutes for so long. They all fear for their life and Wishes to be arrested and taken away Clear of Gun and taser recording before opening to Authorities. They only trust me. Because I will die for them Authorities are part in this Human Trafficing and prostitution rings

## Relief Sought Meeting With Proper Athorities And To Be Forced To Court Hearing

Sworn under oath Ronald Johnson

① We request a investigation of all look alike of Catherine Marriott Kirschner 7-31-1975 of all Cambras in CVS, 7'11 Gandy BLVD South Tampa and the Store on Manhattan Ave 12-(21-22)-2022

② A Investigation of the Drones that follow us Day and Night on Gandy BLVD South Tampa Florida (We want Name of the Stalkers and Rapeist and Human Trafficers And beg and pray For "Arrests and examples"

③ Catherine Merriott Kirschner Needs a Birth Certificate and Social Security Card She need to know who is her real parent Mother Father Ciblings and about her taken child. She Need a State Employee to take Control of her S.S.I. Money from the State. She need Full protection from her Constant rapists And assistance to move in a safe area She been a illegal prostitute with No S.S.I money for over 14-20 yrs

④ I Ronald Johnson June 23rd 1965 Need to know my Identity is Safe and Secure.

⑤ We need the City of Tampa to Close a the underground pot whole that Human Trafficer monitor and followes us with. We need and is Shooting us with Laser and Taser with Guns and knife weapons

⑥ She is being force to whare metal around her head and Hearing recorders in her hair. Catherine need to be checked for metal in her body and Clothing and to have Aids, H.I.V. and S.T.D. from real Doctors. Not under Cover Drug Dealers

⑦ The Lady(s) that called her mother are pimps Never releasing her S.S.I. Money given by the State of Tampa

⑧ Catherine Kirschner 7-31-1975 don't know her real age or the Presendent till I told her She hasn't had a phone for over 20 years Their 5 or so look alikes who claims her (DNA) Identity she Need D.N.A. Testing to find the real one and be given what's do

⑩ Relief Saught forced Arrest Before Cooperation

⑨ The City Need to check a light the personaly Controled by these Human Trafficers and the Cambra on Gandy BLVD that show people unarmed that has Guns and large black taser.

⑩ We are follow by City Car Trucks and vihical. She is Not allow to Carry pocket book Nor wear shoes or pantys. The look alikes Need to be arrest. They attempt to kill me with Aids. I caught Climitia, Gongarea and syphilis in one sex act when one Night a inposter look alike had sex with me. I had a big fight She ran. I now Can Identify 5 of them allso Prostitute they told me of the whole sex ring and gang their faire to smile and where same clothing and hair a Catherine. Their Name are Katherine Kirshner with a K the live in houses around only Came out to give me Aids I was told. Their followed also by armed men in City Cars and Vehicle.

⑪ I was with real Catherine Kirschner 7-31-1975 the day of a false arrest see Ronald Johnson 6-23-1965 arrested 12-22-2022 for Grand Theft of faulcets and Unknown untested Drugs. I in jail Since 12-22-2022 it's Now 12-27-2022 She told them we was together and what Store we was in and where we was but get No respect or Consiteration.

⑫ Have Internal Affair Investigate my arrest Ronald Johnson 6-23-1965 on 12-22-2022. They took a Cart I was Collecting of evidence to present to Federal Government Internal Affairs

⑬ Catherine Kirschner Mother old lady is alse a Traffic held Prostitute.

⑭ There is Numerous Cambra own by the Trafficer of Human and Arm base or Airforce base Authority and Police are part takes in these Crime    Sworn under Oath and penalty of perjury  Ronald Johnson